UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Cr. No. 06- |
| v. | : | |
| | : | |
| | : | Violation: 18 U.S.C. § 1029 |
| JOYCE R. WILLIAMS | : | (Fraud in connection with access device) |
| | : | |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE – CREDIT CARD FRAUD

From on or about October 12, 2005 through on or about January 23, 2006, Joyce R. Williams knowingly and with intent to defraud trafficked in and used a credit card belonging to her employer, College Summit, and obtained more than $45,000 in goods and services for her personal benefit in more than six different states and the District of Columbia. (Fraud in Connection with an Access Device, in violation of Title 18, United States Code, Section 1029(a)(2)).

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Roy L. Austin, Jr.
Assistant United States Attorney
CA Bar. No. 211491
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20001
(202) 353-9458