UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 06-187 |
| ) | |
| JOYCE R. WILLIAMS ) | |

WAIVER OF INDICTMENT

I, **JOYCE R. WILLIAMS**, the above-name defendant, who is accused of

Fraud in Connection With Access Device
18 USC 1029

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **July 31, 2006** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: _____
Judge John D. Bates