UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 06- 187 |
| v. : | |
| : | FILED |
| JOYCE R. WILLIAMS, : | JUL 3 1 2006 |
| : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. : | U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

The United States and Joyce R. Williams agree that the following facts are true and correct:

College Summit is a non-profit organization that receives federal funding whose mission is to increase the college enrollment rate of low-income students. College Summit's National Headquarters is at 1763 Columbia Road, NW, Washington, DC. Joyce R. Williams was employed at College Summit's National Headquarters from June 2005 through January 2006.

On approximately October 12, 2005, knowing that she was not authorized to do so, Williams rush ordered an American Express Corporate Credit Card for herself in the name of College Summit. Between October 14, 2005 and January 23, 2006, for her personal benefit, Williams charged airplane tickets, hotel stays, meals, clothing, electronics, concert tickets, jewelry, fuel and bills to the credit card. Williams made these charges from the business in Washington, DC, her home in Largo, MD, as well as, Springfield, VA, Atlanta, GA, Atlantic City, NJ, Philadelphia, PA and Las Vegas, NV and other jurisdictions. Williams charged over $45,000 to the credit card. Williams made two payments to the credit card of approximately $11,300 and $3,600 using College Summit checks that she wrongfully obtained.

I declare under penalty of perjury that the foregoing facts are true and correct.

_____
Joyce R. Williams