HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-187 |
| vs. | : | |
| WILLIAMS, Joyce R. | : | Disclosure Date: August 31, 2006 |

FILED
OCT 12 2006
NANCY MAYER WHITTINGTON,
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
 (✓) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          9. 8. 2006
Prosecuting Attorney                                Date

### For the Defendant

(CHECK APPROPRIATE BOX)
 ( ) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
Defendant                          Date           Defense Counsel                   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **September 14, 2006**, to U.S. Probation Officer **Sherry Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Richard A. Houck, Jr., Chief
United States Probation Officer