UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | \* |
| | \* |
| | \*   **DOCKET NO.: CR-06-187-01** |
| | \* |
| v. | \* |
| | \* |
| Joyce R. Williams | \* |
| | \* |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

**Madam Clerk,**

PLEASE TAKE NOTICE that Reginald M. Sealey, Esq., Law Offices of Reginald M. Sealey, LLC hereby appears in this matter as counsel for Defendant, and requests that the undersigned attorney be placed on the mailing matrix in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorney at the address set forth below:

Respectfully submitted,


/s/Reginald M. Sealey
Reginald M. Sealey
Law Offices of Reginald M. Sealey, LLC
6231 Crain Hwy, SE
Upper Marlboro, MD 20772
(301) 952-8809/Fax (301) 952-9220

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2006, I mailed, postage prepaid a copy of the foregoing to:

Roy L. Austin, Jr., Esq.
Prosecuting Attorney
555 4th Street, NW
Washington, DC  20530        /s/Reginald M. Sealey
                             Reginald M. Sealey